AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stafford, Elizabeth A. | United States District Court, Eastern District of Michigan | 01/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| magistrate judge - full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Rm. 657
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Wayne County Treasurer's Office--salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Georgetown Advanced eDiscovery Institute | November 14-16, 2018 | Washington DC | eDiscovery conference | airfare, hotel, food and ground transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property 1, Detroit, MI | | None | | | Sold | 01/23/18 | L | E | buyer--Meredith Buckley |
| 2. rental property 3, Detroit, MI (zero mortgage) | D | Rent | L | W | | | | | |
| 3. rental property 4, Detroit, MI (zero mortgage) | D | Rent | L | W | | | | | |
| 4. | | | | | | | | | |
| 5. MORGAN STANLEY IRA: (H) | | | | | | | | | |
| 6. -AMERICAN CAP WRLK GR & INC A | A | Dividend | K | T | | | | | |
| 7. -AMERICAN INV CO OF AMER A | A | Dividend | K | T | | | | | |
| 8. - SMALLCAP WORLD A | A | Dividend | J | T | | | | | |
| 9. -CLEARBRIDGE LARGE CAP GWTH A | A | Dividend | K | T | | | | | |
| 10. FRANKLIN MUTUAL BLV DISCOV A | A | Dividend | K | T | | | | | |
| 11. - FRANKLIN MUTUAL SHARES | A | Dividend | J | T | | | | | |
| 12. MICHIGAN EDUCATION SAVINGS PROGRAM, MODERATE AGE BASED OPTION | A | Dividend | K | T | | | | | |
| 13. NORTHWESTERN MUTUAL IRA: (H) | | | | | | | | | |
| 14. -EQUITY INCOME (MSA/T ROWE PRICE) | A | Dividend | J | T | | | | | |
| 15. -NEUBERGER BERMAN SOCIALLY RESPONSIVE | A | Dividend | J | T | | | | | |
| 16. -FIDELITY VIP CONTRAFUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -FOCUSED APPRECIATION (MSA/ JANUS) | A | Dividend | J | T | | | | | |
| 18. -MID CAP VALUE (MSA/AMER CENTURY_ | A | Dividend | J | T | | | | | |
| 19. -FIDELITY VIP MID CAP | A | Dividend | J | T | | | | | |
| 20. -SMALL CAP VALUE (MSA/T ROWE PRICE) | A | Dividend | J | T | | | | | |
| 21. -RESEARCH INTERNATIONAL CORE (MSA/MFS) | A | Dividend | J | T | | | | | |
| 22. -INTERNATIONAL EQUITY (MSA/ FRANKLIN TMPL) | A | Dividend | J | T | | | | | |
| 23. -EMERGING MARKETS EQUITY (MSA/ MFS) | A | Dividend | J | T | | | | | |
| 24. -INTERNATIONAL GROWTH (MSA/ Janus) | A | Dividend | J | T | | | | | |
| 25. -SHORT TERM BOND (MSA) | A | Dividend | J | T | | | | | |
| 26. -SELECT BOND (MSA) | A | Dividend | J | T | | | | | |
| 27. -NORTHWESTERN MUTUAL, STRATEGIC BOND FUND | A | Dividend | J | T | | | | | |
| 28. -INFLATION PROTECTION (MSA/Amer Century) | A | Dividend | J | T | | | | | |
| 29. -MULTI SECTOR BOND (MSA/PIMCO) | A | Dividend | J | T | | | | | |
| 30. -HIGH YIELD BOND (MSA) | A | Dividend | J | T | | | | | |
| 31. -RUSSELL GLOBAL REAL ESTATE SECURITIES | A | Dividend | J | T | | | | | |
| 32. -CREDIT SUISSE COMMODITY STRATEGE | A | Dividend | J | T | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FIDELITY INVESTMENTS IRA: (H) | | | | | | | | | |
| 35. -ISHARES EDGE MSCI MIN VOL EAFE ETF | B | Dividend | J | T | Buy (add'l) | 09/17/18 | J | | |
| 36. -OPPENHEIMER GOLD & SPEC MINERAL CL A | A | Dividend | | | Sold | 09/13/18 | J | A | |
| 37. -FIDELITY GOVERNMENT CASE RESERVE | B | Dividend | J | T | | | | | |
| 38. -WESTERN ASSET CORE BAND FUND A | A | Dividend | | | Buy | 01/15/18 | J | | |
| 39. | | | | | Sold | 09/13/18 | J | A | |
| 40. -ISHARES CORE S&P SMALL-CAP ETF | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 41. -ISHARES TR 20 YR TR BD ETF | A | Dividend | | | Sold | 09/14/18 | J | A | |
| 42. -HARTFORD GROWTH OPPORTUNITY CLASS A | A | Dividend | | | Sold | 09/13/18 | J | A | |
| 43. -HARBOR CAPITAL APPRECIATION INV CL | A | Dividend | J | T | | | | | |
| 44. -ISHARES CORE U.S. AGGREGATE BOND ETF | A | Dividend | | | Sold | 09/14/18 | J | A | |
| 45. -FIDELITY MSCI ENERGY INDEX ETF | A | Dividend | | | Sold | 09/13/18 | J | A | |
| 46. -PIMCO INCOME FUND CL A | B | Dividend | J | T | | | | | |
| 47. -INVESCO QQQ TR UNIT SER 1 | C | Dividend | J | T | | | | | |
| 48. -INVESCO DIVIDEND INCOME FUND A | A | Dividend | | | Sold | 09/13/18 | J | A | |
| 49. PNC BANK 401k: (H) | | | | | | | | | |
| 50. -AMERICAN NEW PERSPECTIVE R6 | A | Dividend | | | Sold | 03/15/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -FIDELITY CONTRA FUND | A | Dividend | | | Sold | 03/15/18 | K | A | |
| 52. -FIDELITY SPARTAN 500 INDEX FD | A | Dividend | | | Sold | 03/15/18 | K | A | |
| 53. -VANGUARD TOTAL BOND MKT X ADM | B | Dividend | | | Sold | 03/15/18 | N | B | |
| 54. -PNC STABLE VALUE FUND Z | A | Dividend | | | Sold | 03/15/18 | N | B | |
| 55. -WELLS FARGO SPEC MID CAP VAL | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 56. J.P. MORGAN: (H) | | | | | | | | | |
| 57. -COHEN & STEERS REAL ESTATE SECS FD CL F | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 58. -DELAWARE GROUP GLOBAL & INTL FDS EMERGING MARKETS | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 59. -DIAMOND HILL FDS LARGE CAP FD CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 60. -DODGE & COX FUND | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 61. -HARRIS ASSOC INVT TR, OAKMARK FD INSTL CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 62. -HARRIS ASSOC INVT TR, OAKMARK INTL FD INSTL CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 63. -INVESTMENT MANAGERS SER TR WCM FOCUSED INTL GROWTH | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 64. -JP MORGAN MUT FD INVT, TR EMERGING MARKETS EQI | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 65. -JP MORGAN MUT FD INVT, TR, GROWTH ADVANTAGE FD CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 66. -JP MORGAN SMALL CAP GRWTH R6 | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 67. -JPMORGAN TR I, EQUITY INCOME FD R6 | A | Dividend | K | T | Buy | 03/15/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -JPMORGAN TR II, CORE PLUS BD FD ULTRA CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 69. -JPMORGAN TRII, HIGH YIELD FD ULTRA CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 70. -JP MORGAN TR II, MID CAP GROWTH FD CL R6 | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 71. -MAINSTAY FDS MACKAY HGH YLD CORP BD FD | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 72. -PIMCO FDS PAC INVT MGMT SER INVT GRADE CORP BD DF | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 73. -PIMCO INCOME FD INSTL CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 74. -TRIBUTARY FDS INC SM COMPANY FD INSTL PLUS CL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 75. -VANGUARD WORLD FUND INTL GROWTH FD ADMIRAL | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 76. -ISHARES CORE S&P 500 ETF | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 77. -ISHARES MSCI EAFE ETF | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 78. -SELECT SECTOR SPDR TRUST, THE FINANCIAL SELECT SECTOR | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 79. -SELECT SECTOR SPDR TRUST, THE TECHNOLOGY SELECT | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 80. VANGUARD SECTOR INDEX FDS VANGUARD REAL ESTATE | A | Dividend | K | T | Buy | 03/15/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.: Three funds (Vanguard Total Bond Mkt, PNC Stable Fund Z and Wells Fargo Spec Mid Cap) were mistakenly reported last year as being part of the American Funds. They are included here, properly, as part of the PNC Bank 401k mutual fund header. In addition, INVESCO Dividend Income Fund A was mistakenly reported last year as being part of the PNC Bank 401K. It is included here properly as part of the Fidelity Investments IRA.

Part VII: Per instructions from staff members for the Committee on Financial Disclosures, I've amended line 27 to reflect that the Strategic Bond Fund is associated with Northwestern Mutual IRA. The same is true for the funds under lines 25, 26 and 30; all are under the header for the Northwestern Mutual IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Elizabeth A. | 01/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Stafford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544